IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03-CR-195-FL
NO. 5:07-CV-83-FL

| | |
|---|---|
| AL JAMES SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter comes before the court on petitioner's motion to amend his motion to vacate under 28 U.S.C. § 2255. The United States of America is DIRECTED to respond to this motion with forty (40) days of this order.

SO ORDERED, this the 11th day of May, 2012.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge